Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Nan Nolan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 680 - 1 | **DATE** | 08/27/08 |
| **CASE TITLE** | USA vs. Marco Perez Contreras | | |

**DOCKET ENTRY TEXT**

Warrant for Arrest to issue as to Marco Perez Contreras.

Docketing to mail notices.

| | Courtroom Deputy Initials: | LXS |
|---|---|---|