# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Nan Nolan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 680 - 1 | **DATE** | 08/28/08 |
| **CASE TITLE** | USA vs. Marco Perez Contreras | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant Marco Perez Contreras appears in response to arrest on 08/28/08. Defendant informed of his rights. Enter order appointing Beth Gaus of the Federal Defender Program/Panel as counsel for defendant. Government moves for detention. Defendant waives the detention hearing without prejudice to defendant's right to move at a later time for release on conditions. Defendant will remain in custody pending trial or until further order of the Court. Defendant waives his right to preliminary examination. Enter a finding of probable cause; Order defendant bound to the District Court for further proceedings. Defendant is remanded into federal custody.

Docketing to mail notices.

| | Courtroom Deputy Initials: | LXS |
|---|---|---|