# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 (Rev. 5/98)

IMAGED

IN UNITED STATES: ☒ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN THE CASE OF: UNITED STATES vs. MARCOS PEREZ-CONTRERAS

**PERSON REPRESENTED** (Show your full name): MARCOS PEREZ - CONTRERAS

1. ☒ Defendant – Adult
2. ☐ Defendant – Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify)

FILED AUG 28 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**CHARGE/OFFENSE:** ILLEGAL REENTRY — ☒ Felony ☐ Misdemeanor

**DOCKET NUMBERS**
District Court: 08 CR 680

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

### ASSETS

**EMPLOYMENT**
- Are you now employed? ☐ Yes ☒ No ☐ Am Self Employed — unemployed
- Name and address of employer: ___
- IF NO, give month and year of last employment. How much did you earn per month? $ ___
- If married is your Spouse employed? ☐ Yes ☒ No

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☒ Yes ☐ No
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES: $ 2500/month — Construction jobs

**CASH**
- Have you any cash on hand or money in savings or checking account? ☐ Yes ☒ No

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No

### OBLIGATIONS & DEBTS

**DEPENDENTS**
- Marital Status: ☒ Single
- Total No. of Dependents: 1

**DEBTS & MONTHLY BILLS**

| Creditors | Total Debt | Monthly Payt. |
|---|---|---|
| Rent & Food | $ | $ 1000 |
| Phone | $ | $ 100 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) ___

**SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED):** Ernesto Alva